

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00046-CR

EX PARTE

DAMIEN LAMONT DENNIS

----------

## FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Withdraw Notice Of Appeal And To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL. JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 20, 2014